IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER DANIEL LAUGHLIN,                                          PLAINTIFF
ADC # 100594

v.                              2:24CV00134-BSM-JTK

A. NORTON, et al.                                                     DEFENDANTS

### ORDER

Having reviewed Christopher Daniel Laughlin's ("Plaintiff") Complaint for screening purposes only,[1] the Court finds that service is appropriate with respect to Plaintiff's claims against Defendants A. Norton and J. Palmer.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants A. Norton and J. Palmer. The United States Marshal is hereby directed to serve a copy of Plaintiff's Complaint (Doc. No. 2) and Summons on each of these Defendants, along with a copy of this Order, without prepayment of fees and costs or security therefore. Service on Defendant J. Palmer should be attempted through: Hardin, Jesson & Terry, PLC, Attn: Kirkman Dougherty, 5000 Rogers Avenue, Suite 500, Fort Smith, Arkansas 72903. Service on Defendant A. Norton should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED this 30th day of July, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).