# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**CHRISTOPHER DANIEL LAUGHLIN**　　　　　　　　　　　　　　**PLAINTIFF**
*ADC #100594*

v.　　　　　　　CASE NO. 2:24-CV-00134-BSM-JTK

**ALBERT NORTON,** *et al.*　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 16] is adopted and Christopher Laughlin's motion for summary judgment [Doc. No. 15] is denied without prejudice.

IT IS SO ORDERED this 12th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE