# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

CHRISTOPHER DANIEL LAUGHLIN,                                                      PLAINTIFF
ADC # 100594

v.                                   2:24CV00134-BSM-JTK

ALBERT NORTON, et al.                                                             DEFENDANTS

## ORDER

On January 16, 2025, Defendant Jason Palmer, who is being sued for his actions or omissions that occurred when he was acting within the scope and course of his employment by Wellpath, filed an amended suggestion of bankruptcy and notice of stay of these proceedings due to the bankruptcy filed by Wellpath Holdings, Inc. and related entities. Doc. No. 29; In re Wellpath Holdings, Inc., et al., Case No. 24-90533 (Bankr. S.D. Tex).

A January 14, 2025, Amended Interim Stay Order filed in the Wellpath bankruptcy action appears to stay this action against Defendant Palmer because of his current or past status as a Wellpath employee. Doc. No. 29-2 at 4. The scope of the Amended Interim Stay Order appears broad enough to also stay the claims against non-debtor Defendant Albert Norton. Id.

IT IS THEREFORE ORDERED THAT:

1. Upon consideration of the Amended Notice and the Amended Interim Stay Order, this action is STAYED in its entirety until further order.

2. All pending deadlines are currently stayed and will be re-set by subsequent notice once the stay is lifted.

3. Defendant Palmer must file a status report within seven days of the entry of *any* Order entered by United States Bankruptcy Judge Alfredo R. Perez in the Wellpath Bankruptcy that lifts or further extends the automatic stay as to any Defendant in this case.

    4.       If Plaintiff Christopher Daniel Laughlin or any non-debtor Defendant wishes to file a motion for relief from stay pursuant to 11 U.S.C. § 362, such motion must be filed with the Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002 in the bankruptcy case (*In re Wellpath Holdings, Inc., et al.*, Case No. 24-90533).

IT IS SO ORDERED THIS 22nd day of January, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

2