# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**CHRISTOPHER DANIEL LAUGHLIN**　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #100594

v.　　　　　　**CASE NO. 2:24-CV-00134-BSM-JTK**

**ALBERT NORTON,** *et al.*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

After *de novo* review of the record, Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 64] are adopted and defendant Palmer's motion for summary judgment [Doc. No. 50] is granted. Christopher Laughlin's motion for summary judgment [Doc. No. 59] is denied. Laughlin's claims against Palmer are dismissed with prejudice. The clerk is directed to update the style of the case. Laughlin's motions for extension of time to file objections [Doc. Nos. 65 & 67] and motion to compel discovery [Doc. No. 68] are denied as moot.

IT IS SO ORDERED this 5th day of January, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE