## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**CHRISTOPHER DANIEL LAUGHLIN**                                          **PLAINTIFF**
ADC #100594

**v.**                          **CASE NO. 2:24-CV-00134-BSM**

**ALBERT NORTON**                                                        **DEFENDANT**

### ORDER

After a *de novo* review of the record, Magistrate Judge Jerome T. Kearney's proposed

findings and recommendations [Doc. No. 81] are adopted and defendant Albert Norton's

motion for summary judgment [Doc. No. 70] is granted.  Laughlin's claims against Norton

are dismissed with prejudice and his case is closed.

IT IS SO ORDERED this 20th day of February, 2026.


_____
UNITED STATES DISTRICT JUDGE