## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**CHRISTOPHER DANIEL LAUGHLIN**                                **PLAINTIFF**
ADC #100594

**v.**                          **CASE NO. 2:24-CV-00134-BSM**

**ALBERT NORTON**                                               **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE